# United States Court of Appeals
## For the First Circuit

No. 04-1027

M & K WELDING, INC.,

Plaintiff, Appellant,

v.

LEASING PARTNERS, LLC,

Defendant, Appellee.

ERRATA

The opinion of the court issued on October 22, 2004, is amended as follows:

Page 5, line 4:  change "M & K" to "Leasing Partners"